No. 6013.—García Fernández, aplda., *v.* Aguayo Casals, et al., apltes.—C. D. Ponce. Abril 25, 1933.

(Por la corte, a propuesta del Juez Asociado Sr. Wolf.)

Por cuanto, cuando hay bastantes haberes pertenecientes a una sucesión y la corte, en una administración o cuasi administración, ordena un pago parcial razonable a una de las partes interesadas, la apelación interpuesta contra esa orden es frívola;

Por tanto, se desestima la apelación interpuesta por los demandados contra la orden dictada por la Corte de Distrito de Ponce en noviembre 30, 1931.

No. 6094.—Aixtmayer, aplda. *v.* Axtmayer, aplte.—C. D. San Juan. Abril 27, 1933.

No considerando claramente frívolo el recurso de apelación interpuesto en este caso, se declara sin lugar la moción para desestimar presentada por la parte apelada.